✓ FILED          _____ RECEIVED
_____ ENTERED    _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

NOV 1 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN M. TOWNSEND, | ) | 3:13-CV-0223-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 12, 2014 |
| | ) | |
| MS. HERBERT. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____ LISA MANN _____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for stay of proceedings (#29). Defendants filed a limited opposition (#31). No reply was filed. More than one month has elapsed since the motion for stay was filed. The court will not stay this case indefinitely. Therefore, the motion for stay of proceedings (#29) is **DENIED**.

The Clerk shall **SEND** to plaintiff a copy of the amended complaint (#5), a copy of the screening order (#8), and a copy of the court's order (#14). This case shall proceed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____ /s/ _____
Deputy Clerk