# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN M. TOWNSEND, | ) | 3:13-CV-0223-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 2, 2015 |
| MS. HEBERT, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file exhibit A, B, and C in support of defendants' motion for summary judgment under seal (#39). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file exhibit A, B, and C in support of defendants' motion for summary judgment under seal (#39) is **GRANTED**. The exhibits (#40) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/        
Deputy Clerk